# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00268-CR

**Billy Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. 679565, HONORABLE ELISABETH A. EARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Billy Moore's motion for new trial was granted by the trial court on June 3, 2005.  This appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed

Filed:   July 13, 2005

Do Not Publish